United States District Court
District of South Dakota
Southern Division

Gregory P Allis

**FILED** 12-4090
MAY 09 2012
CLERK

vs.

Cambridge Property Management Co.
Employees of said Company
  Jennifer Wood
  Brent Hamilton
1916 64th Avenue West
Tacoma, Washington 98466

## Jurisdiction

Incident Happened in Sioux Falls, S.D

## Claims

1. Vindictive interference with Employment
2. Terroristic Threats of Loss of contract if Plaintiff was not fired.
3. Denying Plaintiff the right to gainful employment within Plaintiff's physical limitations, which as a disabled Veteran is hard any way. This Job was solicited and granted through proper interviews and short Trial and within all gov't Regulations

Prayer for Relief

1. 50,000 Loss of income
2. 1,000,000 Punitive because Defendants action was Retalitory & Vindictive due to previous Defendant misconduct.

*Gregg P Allis*
Gregory Paul Allis
305 West 2nd St. #5
Sioux Falls, S.D. 57104
605-332-5145